Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
PETERSEN-DEAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Petersen-Dean, Inc.**, a California Corporation,

Plaintiff;

v.

**JAJ Roofing, Inc. dba Citadel Roofing and Solar**, a California Corporation,
**Dieter Folk**, an individual,
**Jeffrey Maxfield**, an individual,
**Bryce Robicheau**, an individual, and
**Wendi Zubillaga**, an individual,

Defendants.

Case No. 5:15-cv-5522-NC

**STIPULATION AND ORDER ENLARGING TIME RE: HEARING ON DEFENDANTS' MOTION TO DISMISS AND PARTIES' CASE MANAGEMENT CONFERENCE.**

Computerlaw Group LLP
www.computerlaw.com[sm]

Computerlaw Group LLP
www.computerlaw.com[sm]

**STIPULATION ENLARGING TIME RE: DEFENDANTS' MOTION TO DISMISS**

This Stipulation is entered into by Plaintiff Petersen-Dean, Inc. and Defendants JAJ Roofing Inc., Dieter Folk, Wendi Zubillaga, Bryce Robicheau, and Jeffrey Maxfield (collectively, "Defendants") by their respective counsel.

**RECITALS**

A. Plaintiff Petersen-Dean, Inc. filed its Complaint on December 2, 2015 (Dkt. 1)

B. Defendants filed their Motion to Dismiss the Complaint (the "Motion") on December 31, 2015 (Dkt. 33), set for hearing on February 24, 2016. On January 11, 2016, Parties filed a Stipulation Enlarging Time (Dkt. 35), approved in an Order granted by this Court (Dkt. 36), moving Plaintiff's deadline to file its Opposition to the Motion to January 28, 2016.

C. Hearing for Defendants' Motion to Dismiss the Complaint was set for Wednesday, February 24, 2016 (Dkt. 36).

D. The Case Management Conference for this case was set for March 2, 2016 (Dkt. 4).

E. Counsel for Plaintiff will not be available on March 2, 2016 for the Case Management Conference due to a family emergency.

**STIPULATION**

To accommodate Counsel's personal situation, the Parties hereby stipulate to modify the briefing schedule for the Motion as follows:

Hearing on Motion to Dismiss Complaint: Wednesday, March 23, 2016

Case Management Conference: Wednesday, March 23, 2016

**IT IS SO STIPULATED.**

COMPUTERLAW GROUP LLP

Dated: February 22, 2016

By: /s/ Jack Russo
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
PETERSEN-DEAN, INC.

SCHIFF HARDIN LLP

Dated: February 22, 2016 By: /s/ John S. Worden
John S. Worden

Attorneys for Defendants
JAJ ROOFING, INC., DIETER FOLK, WENDI ZUBILLAGA, BRYCE ROBICHEAU, AND JEFFREY MAXFIELD.

**ATTESTATION OF E-FILED SIGNATURE**

I, Jack Russo, am the ECF user whose ID and password are being used to file this declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that John S. Worden has concurred in this filing's content and has authorized this filing.

Dated: February 22, 2016 By: /s/ Jack Russo
Jack Russo

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 22, 2016

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Nathanael M. Cousins

Hon. Nathanael Cousins
United States Magistrate Judge

Computerlaw Group LLP
www.computerlaw.com℠