1  GEORGE K. MILIONIS, ESQ. (SBN: 213092)
   NEHA SAREEN, ESQ. (SBN: 286037)
2  KEVIN FUSCH, ESQ. (SBN: 255877)
   PETERSEN-DEAN, INC.
3  39300 CIVIC CENTER DRIVE, SUITE 300
   FREMONT, CA 94538
4  TELEPHONE: (510) 371-6500
   FACSIMILE:   (510) 494-2760
5  gmilionis@petersendean.com
   nsareen@petersendean.com
6  kfusch@petersendean.com

7  Attorneys for Plaintiff
   PETERSEN-DEAN, INC.
8

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PETERSEN-DEAN, INC., a California corporation, | Case Number:  5:15-cv-05522-NC |
| Plaintiff, | **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| JAJ ROOFING, INC. dba CITADEL ROOFING AND SOLAR, a California corporation; DIETER FOLK, an individual; JEFFREY MAXFIELD, an individual; BRYCE ROBICHEAU, an individual; and WENDY ZUBILLAGA, an individual, | Date:        August 3, 2016<br>Time:        10:00 a.m.<br>Judge:       Hon. Nathanael Cousins<br>Courtroom: 7 |
| Defendants. | |

1  The request of George Milionis and Kevin Fusch, counsel of record for Plaintiff
2  PETERSEN-DEAN, INC. (hereinafter "PDI") to appear by telephone at the hearing on Case
3  Management Conference set for August 3, 2016 at 10:00 a.m. having been fully considered and a
4  decision having duly rendered.

5  IT IS HEREBY ORDERED that Plaintiff's counsel may appear telephonically.
6  Plaintiff's counsel is to contact Courtcall and arrange for a telephonic appearance.

8  IT IS SO ORDERED

10  Dated: _____July 25_____, 2016

**GRANTED**
Judge Nathanael M. Cousins