GEORGE K. MILIONIS, ESQ. (SBN: 213092)
NEHA SAREEN, ESQ. (SBN: 286037)
KEVIN FUSCH, ESQ. (SBN: 255877)
PETERSEN-DEAN, INC.
39300 CIVIC CENTER DRIVE, SUITE 300
FREMONT, CA 94538
TELEPHONE: (510) 371-6583
FACSIMILE:   (510) 494-2760
gmilionis@petersendean.com
nsareen@petersendean.com
kfusch@petersendean.com

Attorneys for Plaintiff
PETERSEN-DEAN, INC.

JOHN S. WORDEN, ESQ. (SBN: 142943)
SCHIFF HARDIN, LLP
ONE MARKET, SPEAR STREET TOWER
THIRTY-SECOND FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE: 415-901-8700
FACSIMILE: 415-901-8701
jworden@schiffhardin.com

Attorneys for Defendants
JAJ ROOFING, INC. dba CITADEL ROOFING
AND SOLAR; DIETER FOLK; JEFFREY
MAXFIELD; BRYCE ROBICHEAU; and WENDI
ZUBILLAGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| PETERSEN-DEAN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAJ ROOFING, INC. dba CITADEL ROOFING AND SOLAR, a California corporation; DIETER FOLK, an individual; JEFFREY MAXFIELD, an individual; BRYCE ROBICHEAU, an individual; and WENDY ZUBILLAGA, an individual,<br><br>Defendants. | Case Number:  5:15-cv-05522-NC<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

ORDER ON STIPULATION OF DISMISSAL                            Case No. 5:15-cv-05522-NC

On September 14, 2016, the parties jointly submitted a Stipulation of Dismissal to the Court.

Accordingly, the instant matter is dismissed with prejudice as to Defendants JAJ Roofing, Inc. dba Citadel Roofing and Solar; Dieter Folk; and Wendi Zubillaga.  The parties each will bear their own respective costs, including attorney fees and other litigation expenses.

IT IS SO ORDERED.

Dated this 14th day of September, 2016.



_____
THE HONORABLE NATHANAEL M. COUSINS