1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  COMPUTERLAW GROUP LLP
   401 Florence Street
3  Palo Alto, CA 94301
   (650) 327-9800 office
4  (650) 618-1863 fax
   jrusso@computerlaw.com
5  csargent@computerlaw.com

6  Attorneys for Plaintiff
   PETERSEN-DEAN, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 **Petersen-Dean, Inc.**, a California corporation, | Case No. 5:15-cv-05522-NC |
| 12 | |
| Plaintiff; | **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION FOR HEARING OR ORDER ON MOTIONS** |
| 13 | |
| v. | |
| 14 | Before the Hon. Nathanael Cousins |
| 15 **JAJ Roofing, Inc. dba Citadel Roofing and Solar**, a California corporation; **Dieter Folk**, an individual; **Jeffrey Maxfield**, an individual; **Bryce Robicheau**, an individual; and **Wendi Zubillaga**, an individual, | |
| 16 | |
| 17 | |
| Defendants. | |
| 18 | |

19

20

21

22

23

24

25

26

27

28

*Computerlaw Group LLP*
*www.computerlaw.com℠*

1

**[PROPOSED] ORDER ON ADMINISTRATIVE MOTION FOR HEARING OR ORDER**

2

3      Having considered all submissions regarding the matter of vacating dismissal and

4  enforcing settlement, including the Declaration of Jack Russo in support of Plaintiff's

5  Administrative Motion for Hearing or Order on Motions, and good cause appearing, this Court

6  hereby GRANTS IN PART Plaintiff's Administrative Motion for Hearing or Order on Motions:

7      [A hearing is set for

8  _____, 2018 at _____ a.m./p.m.

9  in Courtroom 7 – 4th floor at the U.S. District Courthouse at 280 S. 1st Street, San Jose, CA

10 94113 on the pending Motions to Vacate the Dismissal and Enforce the Settlement Agreement

11 and Enter Judgment (ECF No. 99, 123); as well as for Attorneys' Fees and Costs and Issuance of

12 Writ of Execution and/or Alternatively, Application for Right-to-Attach Order and Issuance of

13 Writ of Attachment (ECF No. 99); and the Stipulation to File the Supplemental Declaration of

14 George Milionis and file Exhibit A to the Supplemental Milionis Declaration Under Seal (ECF

15 No. 131).]

16                                    [or]

17     [The matters are submitted, and the Court will issue its orders by _____, 2018

18 on the pending Motions to Vacate the Dismissal and Enforce the Settlement Agreement and Enter

19 Judgment (ECF No. 99, 123); as well as for Attorneys' Fees and Costs and Issuance of Writ of

20 Execution and/or Alternatively, Application for Right-to-Attach Order and Issuance of Writ of

21 Attachment (ECF No. 99); and the Stipulation to File the Supplemental Declaration of George

22 Milionis and file Exhibit A to the Supplemental Milionis Declaration Under Seal (ECF No. 131)]

23     **SO ORDERED**.

24

25 Dated: _____, 2018

26                          _____
                                Hon. Nathanael M. Cousins
27                              United States Magistrate Judge

28

Computerlaw Group LLP
www.computerlaw.com℠